Suzanne C. Leidner, Esq.  (CSB #090387)
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA  90027
Tel. 323 664-5670/Fax:  323 662-0840
Email:   SCLeidner@sbcglobal.net

Counsel for Plaintiff Gyulizar Akopyan

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYULIZAR AKOPYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | No.  CV 08 02619 AGR<br><br>ORDER AWARDING EAJA FEES |

IT IS ORDERED that based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees,  Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees   under EAJA in the amount FOURTEEN HUNDRED EIGHTY-FIVE DOLLARS and 00/cents ($1,485.00), as authorized by 28 U.S.C. §2412(d), and subject to the terms of the above-referenced  Stipulation.

Dated:  November 25, 2008

/s/ Alicia G. Rosenberg

ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

-1-